UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 6 minutes |
| Date: | March 21, 2025 | | |
| Case No. | **4:24-cr-00317-JST-1** | | |

**United States of America**   v.   **Darius Lamar Webster**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Jillian Harvey
U.S. Attorney

Angela Hansen
Defense Counsel

U.S. Probation:   Jenna Russo for Xitlalli Bobadilla

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Lee-Anne Shortridge

*PROCEEDINGS*

Status Conference Re: Supervised Release Violation – Held.

*RESULT OF HEARING*

1. Probation represents that the Defendant is currently residing at an Oakland GEO halfway house. The Defendant has enrolled in some classes at Laney college and is looking for employment.
2. Probation recommends that the Defendant attend the upcoming Second Chance Resource Fair in Oakland.
3. The AUSA will contact the Alameda County DA's Office to determine the status of the State case.
4. Further Status Conference Re: Supervised Release Violation is set for 05/23/2025 at 9:30 AM in Courtroom 6, 2nd Floor, in Oakland.